UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGILLIO VIRGO,      :   | |
|    Plaintiff,      : | |
|       : | |
| v.      :   | No. 24-cv-5722 |
|       : | |
| SANDRA LEE VIRGO,      :   | |
|    Defendant.      : | |

## O R D E R

**AND NOW**, this 23rd day of December, 2024, upon consideration of Plaintiff Virgillio Virgo's Letter (ECF No. 11), Motion for Speedy and Quick Trial (ECF No. 12), and Letter (ECF No. 13), construed together as a Second Amended Complaint, it is **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum. No further amendment will be granted.

2. The Clerk of Court is **DIRECTED** to terminate the Motion and **CLOSED** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*

**JOSEPH F. LEESON, JR.**
**United States District Judge**